# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149407-8(83)

LOWE'S HOME CENTERS, INC.,
      Petitioner-Appellee,

v

TOWNSHIP OF MARQUETTE,
      Respondent-Appellant.
_____/

SC: 149407
COA: 314111
MTT: 00-385768

HOME DEPOT USA, INC.,
      Petitioner-Appellee,

v

TOWNSHIP OF BREITUNG,
      Respondent-Appellant.
_____/

SC: 149408
COA: 314301
MTT: 00-366428

On order of the Chief Justice, the motion of petitioners-appellees to file a response to the amicus curiae brief filed by the Michigan Municipal League, the Michigan Association of Counties, and the Michigan Association of School Boards is GRANTED. The response to the amicus brief submitted on October 9, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2014

